**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.                                         **CRIMINAL NO. 4:03cr10-NBB-JMV-1**

**VIRGIL ROBERT GOASA, JR.**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Kelsey L. Dismukes on February 2, 2021,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Kelsey L. Dismukes** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Kelsey L. Dismukes** hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 2nd day of February, 2021.

                                               /s/ Jane M. Virden
                                             UNITED STATES MAGISTRATE JUDGE